UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID FOLSOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | No. CV 13-2645-SVW (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE<br>JUDGE'S REPORT AND<br>RECOMMENDATION** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the magistrate judge's report and recommendation. The Court accepts the recommendations of the magistrate judge.

　　ACCORDINGLY, IT IS ORDERED:

　　1.　The report and recommendation is accepted.

　　2.　Judgment shall be entered consistent with this order.

　　3.　The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 1̶0, 2014

　　　　　　　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE