UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID FOLSOM, | ) No. CV 13-2645-SVW (PLA) |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that plaintiff's request for reversal is granted in part and the decision of the Administrative Law Judge is remanded to defendant for further proceedings.

DATED: February 10, 2014

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE