1 | Erika Bailey Drake (SBN 248034)
2 | edrake@drakeanddrake.com
  | Roger D. Drake (SBN 237834)
3 | rdrake@drakeanddrake.com
4 | 23679 Calabasas Road, Suite 403
  | Calabasas, California 91302
5 | Telephone: 818.438.1332
6 | Facsimile: 818.854.6899
7 | Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DAVID FOLSOM, | ) |
| | ) CASE NO.: 2:13-cv-02645-PLA |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER AWARDING |
| CAROLYN W. COLVIN, Acting, | ) EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($4,200.00) and costs in the amount of THREE HUNDRED FIFTY DOLLARS ($350.00) subject to the terms of the stipulation.

DATED: March 17, 2014           _____
                                 HONORABLE PAUL L. ABRAMS
                                 UNITED STATES MAGISTRATE JUDGE

-1-